IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

RICHARD ROBINSON                                                                                    PLAINTIFF

v.                                        No. 6:15-CV-06036

CLINIC MANAGER JACQUELINE DAVIS                                            DEFENDANT

## ORDER

The Court has received an amended report and recommendations (Doc. 26) from Chief United States Magistrate Judge Barry A. Bryant. The amended report corrected a typographical error in the original report and recommendations (Doc. 20). Plaintiff Richard Robinson filed objections (Doc. 21) to the original report, and the Court has considered those objections as applicable to the amended report. The Magistrate recommends that the Court deny Plaintiff's motion for preliminary injunction (Doc. 15), which the Magistrate construed as a motion for reconsideration of the Court's order denying Plaintiff's earlier motion (Doc. 10) for a temporary restraining order and preliminary injunction. Upon due consideration, the Court finds that Plaintiff's objections offer neither law nor fact requiring departure from the Magistrate's findings and recommendations, that the Magistrate's report does not otherwise contain any clear error, and that the Magistrate's report (Doc. 26) should be, and hereby is, ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Plaintiff Richard Robinson's motion (Doc. 15) is DENIED.

IT IS SO ORDERED this 7th day of December, 2016.

/s/P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE